UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                         Case No. 3:24-cr-73-2

vs.

JOHN DIXON,                      District Judge Michael J. Newman

      Defendant.

---

**ORDER: (1) DIRECTING COUNSEL FOR THE PARTIES TO FILE, BY APRIL 3, 2026, A NOTICE STATING WHETHER ORAL ARGUMENT OR AN EVIDENTIARY HEARING IS REQUESTED ON DEFENDANT'S OBJECTIONS TO THE FINAL PRESENTENCE INVESTIGATION REPORT; (2) DIRECTING COUNSEL TO INCLUDE AN ESTIMATE OF THE TIME NEEDED FOR ORAL ARGUMENT OR AN EVIDENTIARY HEARING, IF ONE IS REQUESTED; AND (3) NOTIFYING COUNSEL THAT, ALTERNATIVELY, IF NO REQUEST FOR ORAL ARGUMENT OR AN EVIDENTIARY HEARING IS DOCKETED BY APRIL 3, 3026, THE COURT WILL RULE ON DEFENDANT'S OBJECTIONS WITHOUT ORAL ARGUMENT OR AN EVIDENTIARY HEARING**

---

This felony criminal case is pending on Defendant's objections to the final Presentence Investigation Report ("PSR").  Doc. No. 93.  The case record does not suggest that either Defendant or the Government requests leave to present oral argument or evidence concerning Defendant's objections. *See id*.

The Court generally prefers to fully consider and resolve a Defendant's objections prior to his or her sentencing hearing. Given this, and in the interests of justice, counsel for the parties in the instant case are **ORDERED** to **FILE**, **by April 3, 2026**, a **NOTICE** stating whether oral argument or an evidentiary hearing is requested concerning Defendant's objections to the final PSR. Counsel shall include in the notice an estimate of the time needed for oral argument or an

evidentiary hearing, if either one is requested.

Alternatively, if neither party's counsel files a notice by the April 3rd deadline, the Court will assume oral argument and an evidentiary hearing are unwarranted and will proceed to rule on Defendant's objections.

**IT IS SO ORDERED.**

 March 24, 2026            s/*Michael J. Newman*            
                          Hon. Michael J. Newman
                          United States District Judge

2